# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS COLE CORNWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:22-cv-00639-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 12) |

On October 4, 2022, the parties filed a stipulated motion requesting the deadline for Plaintiff to file an opening brief be extended by a period of sixty (60) days. (ECF No. 12.) While the Court prefers 30 day extensions, the Court finds good cause to grant the extension.

Accordingly, pursuant to the agreement of the parties, IT IS HEREBY ORDERED that the stipulated motion is GRANTED and the deadline to file Plaintiff's opening brief is extended from October 11, 2022, until December 12, 2022.

IT IS SO ORDERED.

Dated:   **October 4, 2022**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1