# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS COLE CORNWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:22-cv-00639-SAB<br><br>ORDER RE: STIPULATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))<br><br>(ECF No. 18) |

　　　　Plaintiff Travis Cole Cornwell filed the complaint in this action on May 26, 2022.  (ECF No. 1.)  On January 25, 2023, the Court granted the parties' stipulation for voluntary remand, and entered judgment in favor of Plaintiff.  (ECF Nos. 15, 16, 17.)

　　　　On April 26, 2023, the parties filed a stipulated motion for the award of attorney fees and expenses in the amount of $5,403.85 pursuant to the EAJA, and no costs under 28 U.S.C. § 1920.  (ECF No. 18.)  The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.  (Id. at 2.)  The parties additionally proffer that the stipulation constitutes a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney may have relating to EAJA attorney fees in connection with this action.  (Id.)

1 | Accordingly, IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, Plaintiff is awarded attorneys' fees in the amount of $5,403.85 pursuant to the EAJA, 28 U.S.C. § 2412(d). (ECF No. 18.)

IT IS SO ORDERED.

Dated:  **April 26, 2023**

UNITED STATES MAGISTRATE JUDGE